

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-97,229-01

### EX PARTE HECTOR RAMIREZ, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1677479-A IN THE 339TH DISTRICT COURT HARRIS COUNTY

*Per curiam.*

## OPINION

Applicant was convicted of aggravated assault with a deadly weapon and sentenced to 45 years' imprisonment. The Fourteenth Court of Appeals affirmed his conviction. *Ramirez v. State*, No. 14-22-00733-CR (Tex. App.—Houston [14th Dist.], Dec. 10, 2024, no pet.). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* Tex. Code Crim. Proc. art. 11.07.

Applicant contends that appellate counsel failed to timely inform Applicant that

his conviction had been affirmed. Based on the record, the trial court has determined that appellate counsel's performance was deficient and that Applicant would have timely filed a petition for discretionary review but for counsel's deficient performance.

Relief is granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997); *Ex parte Crow*, 180 S.W.3d 135 (Tex. Crim. App. 2005). Applicant may file an out-of-time petition for discretionary review of the judgment of the Fourteenth Court of Appeals in cause number 14-22-00733-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: January 22, 2026
Do not publish